J. E04002/13

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

MARGO POLETT AND DANIEL POLETT　　:　　IN THE SUPERIOR COURT OF
　　　　　　　　　　　　　　　　　　　　:　　　　　PENNSYLVANIA
　　　　　　　　　v.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
PUBLIC COMMUNICATIONS, INC.,　　　:
ZIMMER, INC., ZIMMER USA, INC.,　　:
AND ZIMMER HOLDINGS, INC.,　　　　:　　　　No. 1865 EDA 2011
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Appellants　　　　:


Appeal from the Judgment Entered June 10, 2011,
in the Court of Common Pleas of Philadelphia County
Civil Division at No. August Term, 2008 No. 02637


BEFORE:　BENDER, P.J., FORD ELLIOTT, P.J.E., BOWES, GANTMAN,
　　　　　DONOHUE, SHOGAN, LAZARUS, OLSON, AND WECHT, JJ.


DISSENTING MEMORANDUM STATEMENT BY FORD ELLIOTT, P.J.E.:
**FILED JUNE 06, 2016**

I respectfully dissent, as I did in our original decision in this case, for the reasons expressed in Judge Wecht's Dissenting Opinion in ***Polett v. Public Communications, Inc.***, 83 A.3d 205 (Pa.Super. 2013).